

# 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joseph Benjamin Madden, II,        * From the 244th District Court
        of Ector County,
        Trial Court No. C-17-0669-CR

Vs. No. 11-19-00326-CR        * September 9, 2021

The State of Texas,        * Memorandum Opinion by Williams, J.
        (Panel consists of: Bailey, C.J.,
        Williams, J., and Wright, S.C.J.,
        sitting by assignment)
        (Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.